**STATE of Missouri, Respondent,**

v.

**Gregory Gene WRIGHT, Jr., Appellant.**

**No. WD 38445.**

Missouri Court of Appeals,
Western District.

April 14, 1987.

Melinda K. Pendergraph, Columbia, for appellant.

Hershel D. Shepherd, Asst. Pros. Atty., St. Joseph, for respondent.

Before CLARK, C.J., and
SHANGLER and NUGENT, JJ.

PER CURIAM:

ORDER

Appeal from conviction of assault in the third degree, § 565.070, RSMo.1986, and sentence of six months' confinement.

Affirmed. Rule 30.25(b).